UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI (Springfield)

| | |
|---|---|
| IN RE: ) | In proceeding for straight |
| ) | liquidation under Chapter 7 |
| CORRIE LEE STRAUSSER ) | of the Bankruptcy Code |
| ) | |
| Debtor ) | No. 05-60640 |

**TRUSTEE'S APPLICATION TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT**

COMES NOW Thomas J. O'Neal, Trustee, and applies to this Court for its Order authorizing the sum of One Hundred Ninety-Eight Dollars and 25/100 ($198.25) for the following reasons:

1. The Trustee is the duly appointed Trustee of this estate.

2. The Trustee filed his Final Report on October 22, 2010, and upon Court approval disbursed funds as ordered on November 16, 2010.

| PAYEE | AMOUNT | CHECK # |
|---|---|---|
| Famous Barr | $198.25 | 317 |

4. The Trustee has made several attempts to locate the above creditor, and has discovered the creditor is no longer in business. The Trustee would request the Court to enter an Order authorizing the Trustee to deposit the remaining funds totaling $198.25 in his possession into the Registry of the Court.

WHEREFORE, Thomas J. O'Neal, Trustee, moves the Court for its Order authorizing him to deposit into the Registry of the Court the total sum of $198.25.

/s/ Thomas J. O'Neal
Thomas J. O'Neal, Trustee

2787497.1

Missouri Bar No.  20467
POLSINELLI SHUGHART, P.C.
901 St. Louis St., Ste. 1200
Springfield, MO  65806
Telephone:     (417) 869-3353
Facsimile:     (417) 869-9943

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true copy of the foregoing on the U.S. Trustee, 400 East 9th Street, Room 3440, Kansas City, MO 64106, by either electronic filing or by depositing a copy of same in the U.S. Mail, postage prepaid, on this 11th day of April, 2011.

                                        */s/ Thomas J. O'Neal*
                                        Thomas J. O'Neal

2787497.1